UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6986
(5:20-cv-00185-JPB-JPM)

_____

JOSEPH VALERIO

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Thacker, and Senior Judge Traxler.

    For the Court

    /s/ Patricia S. Connor, Clerk